```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN


JANELLE K. SARAUW, BRIGITTE      )
BERRY,                           )
                                 )
               Plaintiffs,       )
                                 )    Civil No. 2017-5
               v.                )
                                 )
KEVIN A. RODRIQUEZ, CAROLINE F.  )
FAWKES, VIRGIN ISLANDS JOINT     )
BOARD OF ELECTIONS, BOARD OF     )
ELECTIONS ST. THOMAS & ST. JOHN, )
                                 )
               Defendants.       )
                                 )
─────────────────────────────────)
                                 )
KEVIN A. RODRIQUEZ,              )
                                 )
               Plaintiff,        )
                                 )
               v.                )    Civil No. 2017-3
                                 )
32ND LEGISLATURE OF THE VIRGIN   )
ISLANDS, SENATOR MYRON JACKSON,  )
                                 )
               Defendants.       )
                                 )
─────────────────────────────────)
```

**ATTORNEYS:**

**Edward L. Barry**
Christiansted, U.S.V.I.
   *For Janelle K. Sarauw and Brigitte Berry,*

**Francis E. Jackson, JR**
Law Offices of Francis Jackson
St. Thomas, U.S.V.I.
   *For Kevin A. Rodriquez,*

*Sarauw, et. al v. Rodriquez, et. al*; *Rodriquez v. 32nd Legislature of the Virgin Islands, et. al*
Civil No. 2017-5; Civil No. 2017-3
Order
Page 2

**Claude E. Walker, AG**
**Ariel Marie Smith-Francois, AAG**
**Carol Thomas-Jacobs, AAG**
**Pamela R. Tepper, AAG**
V.I. Department of Justice
St. Thomas, U.S.V.I.
   *For Caroline F. Fawkes,*

**Julita K. De Leon**
St. Thomas, U.S.V.I.
   *For Virgin Islands Joint Board of Elections and Board of Elections St. Thomas & St. John,*

**Kye Walker**
Christiansted, U.S.V.I.
   *For 32nd Legislature of the Virgin Islands and Senator Myron Jackson.*

## ORDER

**GÓMEZ, J.**

Before the Court is (1) the complaint filed by Kevin A. Rodriquez ("Rodriquez") against the 32nd Legislature of the Virgin Islands and Senator Myron Jackson ("Jackson") bearing Civil Case No. 17-3 (the "Federal Action"); and (2) the complaint filed by Janelle K. Sarauw ("Sarauw") and Brigitte Berry ("Berry") against Rodriquez, the Joint Board of Elections, and the Board of Elections St. Thomas & St. John bearing Civil Case No. 17-5 (the "Removed Action").

On January 27, 2017, the Court held a status conference in the above captioned matters. During the course of that status

Case: 3:17-cv-00005-CVG-RM   Document #: 28   Filed: 01/27/17   Page 3 of 3

*Sarauw, et. al v. Rodriquez, et. al*; *Rodriquez v. 32nd Legislature of the Virgin Islands, et. al*
Civil No. 2017-5; Civil No. 2017-3
Order
Page 3

conference, Rodriquez withdrew a motion captioned "Motion for Preliminary Injunction," which he filed on January 27, 2017, in the federal action. At the status conference, the parties also agreed on several procedural issues.

The premises considered, it is hereby

**ORDERED** that Rodriquez's motion captioned "Motion for Preliminary Injunction" at ECF Number 14 in the Federal Action is **WITHDRAWN** and **STRICKEN**; it is further

**ORDERED** that the above captioned Federal Action and Removed Action are **CONSOLIDATED** for all purposes; it is further

**ORDERED** that the Federal Action and Removed Action (the "Consolidated Cases") shall be tried on the papers; and it is further

**ORDERED** that, no later than 3:00 P.M. on January 28, 2017, the parties shall file trial briefs along with all evidence they wish the Court to consider in ruling on the merits in these Consolidated Cases.

S\_____
**CURTIS V. GÓMEZ**
**District Judge**